UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
FELIPE FERNANDEZ, *on behalf of himself and all* : 
*others similarly situated* :
 :
                    Plaintiff, : 24-CV-10035 (JMF)
 :
      -v- : ORDER
 :
SAATCHI ONLINE, INC., :
 :
                  Defendant. :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Magistrate Judge's January 17, 2025 Order granting Defendant's extension motion, ECF No. 9, Defendant was required to respond to the Complaint no later than February 28, 2025. To date, Defendant has not answered or otherwise responded to the Complaint. Because Defendant indicated that the parties are engaged in ongoing settlement discussions, *see* ECF No. 9, that deadline is hereby EXTENDED as a courtesy, *nunc pro tunc*, to **March 13, 2025**. If Defendant fails to answer by the new deadline, the Court will invite Plaintiff to move for entry of default judgment.

      SO ORDERED.

Dated: March 6, 2025
       New York, New York
                                                   JESSE M. FURMAN
                                                   United States District Judge